IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ERIC MBANGU,

        Plaintiff,

v.

        CASE NO.:  2:13-cv-576
        JUDGE GEORGE C. SMITH
        Magistrate Judge Kemp

RICHARD O. ALLEN,

        Defendant.

## ORDER

    Plaintiff Eric Mbangu initiated this case seeking to recover $3,000.00 from Defendant for fees he paid for Mr. Allen to represent him in a criminal matter.  On July 11, 2013, the United States Magistrate Judge issued a Report and Recommendation (Doc. 3), recommending that this case be dismissed due to lack of subject matter jurisdiction.  The parties were specifically advised of their right to object to the Report and Recommendation and of the consequences of their failure to do so.  No objections have been filed.

    The Report and Recommendation is hereby **ADOPTED** and **AFFIRMED**.  This action is hereby **DISMISSED** for lack of subject matter jurisdiction.

    The Clerk is further instructed to remove document 3 from the Court's pending motions list.

    **IT IS SO ORDERED.**

        */s/ George C. Smith*
        **GEORGE C. SMITH, JUDGE**
        **UNITED STATES DISTRICT COURT**